**Petition for Writ of Habeas Corpus Granted and Order filed September 29, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00542-CV

### IN RE RENEE SIZEMORE, Relator

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**505th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-259360**

## O R D E R

Relator Renee Sizemore has filed a petition for writ of habeas corpus. The court is of the tentative opinion that a serious question concerning the relief requested requires further consideration. *See* Tex. R. App. P. 52.8(b). Accordingly, the court orders the Sheriff of Fort Bend County to discharge relator from custody on relator executing and filing with the Sheriff of Fort Bend County a good and sufficient bond conditioned as required by law, in the amount of $500.00. *See* Tex. R. App. P. 52.8(b)(3), *see also* Tex. Gov't Code Ann. § 22.221(d).

In addition, the court requests that the real party in interest, Daniel Lansdown, file a response to the petition for writ of habeas corpus on or before October 8, 2021. *See* Tex. R. App. P. 52.4, 52.8(b)(1).

It is so ORDERED.


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant.